IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN JACKSON, on behalf of himself and others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>BUFFALO ROCK COMPANY,<br>    Defendant. | Case No. 12-2487 |

**JOINT MOTION FOR FILING MOTION TO APPROVE SETTLEMENT AGREEMENT UNDER SEAL**

COME NOW the parties in the above-styled action, plaintiff Steven Jackson, ("plaintiff") and defendant Buffalo Rock Company ("defendant" or "Buffalo Rock") (collectively "the parties"), and hereby notify the Court that the parties have reached a settlement agreement resolving all of the plaintiff's claims against Buffalo Rock in this case. In view of the fact that the settlement of this case is to be approved by the Court pursuant to the Fair Labor Standards Act, the parties are attaching for the Court's review a Joint Motion for Approval of the Settlement Agreement. In view of the fact that the parties' Settlement Agreement contains a confidentiality clause, the parties hereby request the Joint Motion for Approval of the Settlement Agreement be filed under seal.

2048660 v1

| | |
|---|---|
| */s/ Thomas C. Wooldridge* | /s/ *Bryance Metheny* |
| Thomas C. Wooldridge | Dent M. Morton |
| Attorney for Plaintiff | K. Bryance Metheny |
| WOOLDRIDGE AND JEZEK, LLP | Ronald W. Flowers, Jr. |
| 1230 Peachtree Street, N.E. | Attorneys for Defendant |
| Suite 1800 | BURR & FORMAN, LLP |
| Atlanta, GA 30309 | 420 North 20th Street, St. 3400 |
| Telephone:  (404) 304-4545 | Birmingham, Alabama |
| Facsimile:   (770) 206-5236 | Telephone: (205) 251-3000 |
| | Facsimile: (205) 458-5100 |