IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN JACKSON, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO ROCK COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 12-2487<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITH PREJUDICE

THIS CAUSE arose before the Court on the parties' joint motion for approval of settlement agreement and for an order dismissing plaintiff's claims with prejudice. This case arose pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. and, therefore, requires court approval. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") This Court, being fully advised in the premises, hereby ORDERS that:

1.  The Joint Motion for Approval of Settlement Agreement is granted. The Settlement Agreement and General Release between the parties constitutes a fair and reasonable resolution of the plaintiff's claims.

2.  The plaintiff's claims in this action are hereby DISMISSED WITH PREJUDICE, each party to bear his or its own costs, attorney's fees, and expenses, with the exception of the payment of attorney's fees to counsel for plaintiff described in the Settlement Agreement and General Release, which constitutes all attorney's fees, expenses, and costs due for this action.

DONE and ORDERED this ___20___ day of ___November___ 2012.

_____Thomas W. Thrash_____
United States District Judge